IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG N. DO, | ) No. C 14-2160 LHK (PR) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN M. CATES, | ) |
| Respondent. | ) |

    The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 6/23/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.14\Do160jud.wpd